Douglas S. COCHRAN, Plaintiff/Appellant,

v.

Don A. CHERRY, d/b/a Manor Real Estate Company, Defendant/Respondent.

No. ED 84698.

Missouri Court of Appeals, Eastern District, Division One.

Jan. 11, 2005.

Eric Carl Mueller, Frederick Michael Switzer III–Co–Counsel, St. Louis, MO, for appellant.

Louis Glaser, St. Louis, MO, attorney for Don Cherry and Manor Real Estate Company

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J., and BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

Douglas S. Cochran (Appellant) appeals from the trial court's summary judgment in favor of Don A. Cherry, d/b/a Manor Real Estate Company (Respondent). We have reviewed the briefs of the parties and the record on appeal and conclude that Respondent is entitled to judgment as a matter of law on Appellant's claims against him. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment

pursuant to Missouri Rule of Civil Procedure 84.16(b).